**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

SAWSAN BAKER,

    Plaintiff,

v.                                                         Case No. 6:17-cv-00778-GAP-DCI

CREDIT ONE BANK, N.A.,

    Defendant.

_____/

**NOTICE OF PENDING SETTLEMENT**

Defendant, Credit One Bank, N.A., by and through its undersigned counsel, hereby submits this Notice of Pending Settlement and states that the parties have reached a verbal settlement with regard to this case and are presently drafting, finalizing, and executing the settlement and dismissal documents. Upon execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: January 19, 2018

                                                     Respectfully submitted,

                                                     */s/ Jocelyn C. Smith*
                                                     Jocelyn C. Smith, Esq.
                                                     Florida Bar No. 0036554
                                                     Dayle M. Van Hoose, Esq.
                                                     Florida Bar No. 0016277
                                                     SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C.
                                                     3350 Buschwood Park Drive, Suite 195
                                                     Tampa, Florida 33618
                                                     Telephone: (813) 440-5328
                                                     Facsimile: (866) 466-3140
                                                     jsmith@sessions.legal
                                                     dvanhoose@sessions.legal

*Attorneys for Defendant,*
*Credit One Bank, N.A.*

## CERTIFICATE OF SERVICE

I certify that on this 19th day of January 2018, a copy of the foregoing was filed electronically in the ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Amy Ferrera, Esq.
Morgan & Morgan, Tampa, P.A.
201 N. Franklin Street, 7th Floor
Tampa, FL 33602

*/s/ Jocelyn C. Smith*
Attorney