# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

SAWSAN BAKER,

      Plaintiff,

v.                                              Case No. 6:17-cv-00778-GAP-DCI

CREDIT ONE BANK, N.A.,

      Defendant.
_____/

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL WITH PREJUDICE

COMES now plaintiff, Sawsan Baker (plaintiff), and defendant, Credit One Bank, N.A. (Credit One), by and through their undersigned counsel, in the above-titled action and represent to the Court that this matter, regarding plaintiff's claims against Credit One, has been settled amicably, and request entry of a Final Order of Dismissal with Prejudice in this matter, with each party to bear its own costs and attorneys' fees except as provided in the parties' Settlement Agreement and General Release of Claims.

Dated this 23rd day of March 2018.

| | |
|---|---|
| */s/ Octavio Gomez* | */s/ Jocelyn C. Smith* |
| Octavio Gomez, Esquire | Jocelyn C. Smith, Esq. |
| Florida Bar No. 338620 | Florida Bar No. 0036554 |
| MORGAN & MORGAN, TAMPA, P.A. | SESSIONS, FISHMAN, NATHAN & ISRAEL, L.L.C. |
| 201 N. Franklin Street, Suite 700 | 3350 Buschwood Park Drive, Suite 195 |
| Tampa, FL 33602 | Tampa, FL 33618 |
| Telephone: (813) 223-5505 | Telephone: (813) 440-5328 |
| Facsimile: (813) 223-5402 | Facsimile: (866) 466-3140 |
| Email: TGomez@ForThePeople.com | jsmith@sessions.legal |
| *Counsel for Plaintiff* | *Counsel for Defendant, Credit One Bank, N.A.* |